Case 1:25-mj-00043-GMH   Document 1   Filed 03/18/25   Page 1 of 1

Case: 1:25-mj-00043
Assigned To : Harvey, G. Michael
Assign. Date : 3/18/2025
Description: ARREST RULE (5)

AO-442(REV.12/85)

#11774315

FILED
MAR 04 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
DEPUTY

# United States District Court

Western District Of Texas

UNITED STATES OF AMERICA
V.

Wraiam Jose RIVERO-Ramos
AKA

**WARRANT FOR ARREST**

CASE NUMBER: DR:25-592M

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest <u>Wraiam Jose RIVERO-Ramos</u>
and bring him or her forthwith to the nearest magistrate to answer a(n)

☐ Indictment  ☐ Information  ☒ Complaint  ☐ Order of Court  ☐ Violation Notice  ☐ Probation Violation

charging him or her with (brief description)

On or about August 21, 2022, the defendant, Wraiam Jose RIVERO-Ramos, an alien who is a native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

RECEIVED
MAR 0 4 2025
U.S.MARSHALS W/TX DEL RIO

in violation of Title ___8___ United States Code, Section(s) 8 1325(a)(1)

| Joseph Cordova | U.S. Magistrate Judge |
|---|---|
| Name of Issuing Officer | Title of Issuing Officer |
| [signature] | 03/04/2025 |
| Signature of Issuing Officer | Date and Location |
| Bail fixed at $ Detain | by [signature] Joseph A. Cordova |
| | Name of Judicial Officer |

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at
Washington DC

| Date Received | Name and Title of Arresting Officer | Signature of Arresting Officer |
|---|---|---|
| 3/4/25 | AsA Koontz | [signature] |
| Date of Arrest | Border Patrol Agent | |
| 3/18/25 | | |