AO91 (Rev. 12/03) Criminal Complaint                                             AUSA

# UNITED STATES DISTRICT COURT

Western District Of Texas Del Rio Division

FILED
MAR 04 2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

| UNITED STATES OF AMERICA | CRIMINAL COMPLAINT |
|---|---|
| vs. | |
| Wraiam Jose RIVERO-Ramos | Case Number: DR:25-592M |

I, the undersigned complainant state that the following is true and correct to the best of my knowledge and belief. On or about __August 21, 2022__ in __Maverick__ County, in the __Western District Of Texas__ defendant(s), an alien, did knowingly and willfully enter the United States at a time and place other than as designated by Immigration Officers for entry into the United States, a misdemeanor,

in violation of Title __8__ United States Code, Section(s) __1325(a)(1)__

I further state that I am a(n) __Border Patrol Agent__ and that this complaint is based on the following facts:

On or about August 21, 2022, the defendant, Wraiam Jose RIVERO-Ramos, an alien who is a native and citizen of Venezuela, entered the United States illegally from the Republic of Mexico by crossing the Rio Grande River at a time and place other than as designated by Immigration Officers near Eagle Pass, Texas.

A true copy of the original, I certify.
Clerk, U.S District Court
By: _____
Deputy Clerk

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

_____
Signature of Complainant

Cummings, Michael A.
Printed Name of Complainant

Sworn to before me and signed in my presence,

at  Del Rio, Texas
    City/State

March 04, 2025
Date

Joseph Cordova            U.S. Magistrate Judge
Name of Judge             Title of Judge

_____
Signature of Judge