# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 25-MJ-43 (GMH) |
| | : | |
| **WRAIAM JOSE RIVERO-RAMOS,** | : | |
| | : | |
| Defendant. | : | |

## GOVERNMENT'S NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby informs the Court that Special Assistant United States Attorney Joe Dernbach is entering his appearance in this matter on behalf of the United States and substituting for Assistant United States Attorney Jennifer Leigh Blackwell, who is no longer assigned to this case.

Respectfully Submitted,

JEANINE F. PIRRO
UNITED STATES ATTORNEY D.C.

By: \_\_\_\_\_/s/_____
Joe Dernbach
Special Assistant United States Attorney
D.C. Bar No. 1740516
601 D St, NW
Washington, D.C. 20530
Joseph.Dernbach@usdoj.gov
(202) 252-7884