UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

    v.  :  No. 25-MJ-43 (GMH)

WRAIAM RIVERO-RAMOS  :

### MOTION FOR EMERGENCY HEARING

    Mr. Wraiam Rivero-Ramos, through undersigned counsel, respectfully moves this Honorable Court to set an emergency status conference for September 26, 2025 and to ensure Mr. Rivero-Ramos is transferred from Northern Neck Regional Jail to the courthouse for the hearing. Mr. Rivero-Ramos was arrested in March 2025 on a warrant out of Texas related to a criminal case charging illegal entry into the United States. This Court held a Rule 5 hearing and a detention hearing and ordered Mr. Rivero-Ramos released on a personal recognizance bond. Mr. Rivero-Ramos was ordered to travel to Texas and appear at the next scheduled court date in his Texas case.

    Mr. Rivero-Ramos was not released because he was transferred to ICE custody. This Court has been holding periodic status conferences to monitor Mr. Rivero-Ramos's status. Until September 23, 2025, Mr. Rivero-Ramos has remained in ICE custody. On Wednesday, September 23, 2025, Mr. Rivero-Ramos was transferred out of ICE custody, but he was not released. He is instead being detained at Northern Neck Regional Jail, which is one of the facilities that houses individuals in federal cases in this District Court. Mr. Rivero-Ramos should have immediately been released from custody when ICE determined not to continue to hold him. However, it now appears that the government is ignoring the Court's order releasing Mr. Rivero-Ramos in the criminal case and is holding him unlawfully.

Both of the listed government counsel on this case are no longer with the U.S. Attorneys Office. Counsel for Mr. Rivero-Ramos did not know who to contact to seek the government's position on this motion.

Therefore, Mr. Rivero-Ramos requests an immediate status conference so that he can be released from custody. Mr. Rivero-Ramos requests this hearing occur on September 26, 2025 and that he is transferred from Northern Neck Regional Jail to the courthouse for this hearing.

                                      Respectfully submitted,

                                      */s/ Diane Shrewsbury*
                                      Diane Shrewsbury
                                      Assistant Federal Public Defender
                                      625 Indiana Avenue, N.W.
                                      Suite 550
                                      Washington, D.C.  20004
                                      (202) 208-7500

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :

v. : No. 25-MJ-43 (GMH)

WRAIAM RIVERO-RAMOS :

**[PROPOSED] ORDER**

Upon consideration of Mr. Rivero-Ramos' Motion for Emergency Hearing, it is hereby ORDERED that the motion is GRANTED; and it is

FURTHER ORDERED that a status conference is set for September 26, 2025 at _____ a.m./p.m; and it is

FURTHER ORDERED that Mr. Rivero-Ramos shall be transferred from Northern Neck Regional Jail to the courthouse for the hearing.

SO ORDERED.


Date: _____

G. MICHAEL HARVEY
MAGISTRATE JUDGE
DISTRICT OF COLUMBIA

3